**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 7, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00717-CV

---

### IMPERIAL DEVELOPMENT, LLC, Appellant

### V.

### GENERATION D CORPORATION, Appellee

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1199273**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed September 5, 2023. On February 7, 2024, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.